IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CAMERON JAMES GLENN,       )
                           )
    Petitioner,           )
                           )
    v.                     )    Civ. Act. No.
                           )    2:20cv447-WKW-SRW
UNITED STATES OF AMERICA,   )
                           )
    Respondent.       )

## ORDER ON MOTION

For good cause shown, it is

ORDERED that the Government's Motion to Seal Exhibit (Doc. No. 7) is

GRANTED.

Accordingly, the Clerk of Court is DIRECTED to SEAL Government Exhibit

G (Doc. No. 7-1).

DONE this 4th day of August, 2020.


   /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE